UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**TORU OTODA,**<br><br>Defendant. | **Case No. 1:15-cr-00034-GLR** |

NOTICE OF APPEARANCE OF BARRY COBURN
ON BEHALF OF DEFENDANT TORU OTODA

    May the Clerk of the Court please enter the appearance of Barry Coburn as co-counsel with Lloyd Liu for Defendant Toru Otoda.

    Respectfully submitted,

    ___/s/ Barry Coburn_____
Barry Coburn
Federal Bar No. 07910
COBURN & GREENBAUM PLLC
1710 Rhode Island Ave, N.W.
2nd Floor
Washington, DC 20036
Tel: (202) 643-9472
barry@coburngreenbaum.com

*Counsel for Defendant Toru Otoda*

CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of January 2015, I caused to be delivered a true and accurate copy of the foregoing through the electronic case filing system to:

Carsten M. Reichel
Emma Burnham
United States Department of Justice
Attorneys, Antitrust Division
450 5th Street, NW., Suite 11300
Washington, DC 20530

      /s/ *Barry Coburn*
      Barry Coburn