UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

UNITED STATES OF AMERICA

v.

TORU OTODA,

    Defendant.

Criminal No. 1:15-cr-00034-GLR

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 MAR 26 PM 4:36
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

## WAIVER OF INDICTMENT

I, Toru Otoda, the defendant in this case, understand that I am being charged with a Conspiracy to Restrain Trade in violation of Section 1 of the Sherman Antitrust Act (15 U.S.C. § 1), which is a felony offense. I have been advised of the nature of the charges against me and my rights, and I understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive in open court my right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

_____
***Toru Otoda***
Defendant

_____
***Bradley S. Lui***
Counsel for Toru Otoda

Before:

_____
***George Levi Russell, III***
*United States District Judge*
Judicial Officer

Dated: 3/26/15